UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA BEATRIZ FREIRE LOUREIRO,
Plaintiff,

-against-

MARKWAYNE MULLIN, et al.,
Defendant.

Case No. 1:26-cv-07996 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the hearing on September 16, 2026, Plaintiff's emergency motion for a temporary restraining order is DENIED. By September 18, 2026, Plaintiff shall file a letter on the docket advising the Court as to whether she intends to proceed with the Complaint in this matter.

Dated: September 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge